AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |  |
|---|---|---|
| GARY JOHNSON, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| THE CITY OF NEW YORK, (...captioned continued on next page) | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

>THE CITY OF NEW YORK
>New York City Department of Law
>100 Church Street
>4th Floor
>New York, New York 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>THOMAS HOFFMAN, LLC
>Law Offices of Thomas Hoffman, P.C.
>37 Elaine Terrace
>Yonkers, New York 10701-5257
>Office: (212) 581-1180; Email: thoff93452@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

>DOUGLAS C. PALMER
>*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

(…caption continued from first page of summons)

POLICE OFFICER ANDREW CARDAMONE;
POLICE OFFICER DENNIS BROOKS;
POLICE OFFICER LOUIS PIA; POLICE
OFFICER RICHARD SICA; POLICE OFFICER PAUL
HEIDER; POLICE OFFICER FRANK BOVINO; POLICE
OFFICER MARYANN BUBELNIK; POLICE OFFICER
WILLIAM NEVINS; DETECTIVE FALCIANO; and
JOHN DOES 1-6,

                        Defendants.

| | |
|---|---|
| POLICE OFFICER ANDREW CARDAMONE<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 | POLICE OFFICER DENNIS BROOKS<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| POLICE OFFICER LOUIS PIA<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 | POLICE OFFICER RICHARD SICA<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| POLICE OFFICER PAUL HEIDER<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 | POLICE OFFICER FRANK BOVINO<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| POLICE OFFICER MARYANN BUBELNIK<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 | POLICE OFFICER WILLIAM NEVINS<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| DETECTIVE FALCIANO<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 | JOHN DOES 1-6<br>c/o New York City Department of Law<br>100 Church Street, 4th Floor<br>New York, New York 10007 |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: