UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

GARY JOHNSON,

                                 Plaintiff,

        -against-

THE CITY OF NEW YORK, et. al.,

                               Defendants.

-------------------------------------------------------------------- x

**SUGGESTION OF DEATH OF DEFENDANT ANDREW CARDAMONE UPON THE RECORD UNDER RULE 25(A)(1)**

22 Civ. 3320 (DG)(PK)

        **PLEASE TAKE NOTICE** that pursuant to Rule 25 of the Federal Rules of Civil Procedure, the Corporation Counsel's Office of the City of New York affirms the truth of the following:

        On June 16, 2022, in response to a subpoena duces tecum, the NYC Police Pension Fund, represented that the defendant, Andrew Cardamone, has passed away;

        **WHEREFORE,** the New York City Law Department, Office of Corporation Counsel suggests upon the record that defendant Andrew Cardamone is deceased; and

**WHEREFORE**, the New York City Law Department, Office of Corporation Counsel hereby requests that any motion for substitution of a proper party be timely made within ninety (90) days of this date.

Dated: New York, New York
       June 23, 2022

                                      HON. SYLVIA O. HINDS-RADIX
                                      Corporation Counsel of the
                                         City of New York
                                      *Attorney for Defendant City of New York*
                                      100 Church Street, Rm. 3-133(b)
                                      New York, New York 10007
                                      (212) 356-3519

                By:     <u>/s/ Mark D. Zuckerman</u>
                          MARK D. ZUCKERMAN
                          Senior Counsel