## AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| CIVIL ACTION NO.: 22 CV 3320 (BMC) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | 7407560 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| GARY JOHNSON | THE CITY OF NEW YORK; POLICE OFFICER ANDREW CARDAMONE; POLICE OFFICER DENNIS BROOKS; POLICE OFFICER LOUIS PIA; POLICE OFFICER RICHARD SICA; POLICE OFFICER PAUL HEIDER; POLICE OFFICER FRANK BOVINO; POLICE OFFICER MARYANN BUBELNIK; POLICE OFFICER WILLIAM NEVINS; DETECTIVE FALCIANO; and JOHN DOES 1-6, |

| Received by: | For: |
|---|---|
| Undisputed Legal | HORIZON RESEARCH SERVICES |

| To be served upon: |
|---|
| POLICE OFFICER DENNIS BROOKS |

I, Michael Gorman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** P.O. CANNELIZ, ONE POLICE PLAZA ROOM 110A, NEW YORK, NY 10038

**Manner of Service:** Authorized, Jul 29, 2022, 1:13 pm EDT

**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ADDENDUM TO CIVIL COVER SHEET; CERTIFICATION OF ARBITRATION ELIGIBILITY

**Additional Comments:**
1) Successful Attempt: Jul 29, 2022, 1:13 pm EDT at ONE POLICE PLAZA ROOM 110A, NEW YORK, NY 10038 received by P.O. CANNELIZ. Age: 30; Skin Color: Hispanic; Gender: Female; Weight: 145; Height: 5'4"; Hair: Brown;
Stated she is authorized to accept

_____    8/2/22
Michael Gorman          Date
1381333

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public
8/2/22          11/26/22
Date          Commission Expires

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022